**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| YVONNE FRIZZELL, | Case No. 1-06-42262 -nhl |
| Debtor. | |

## STATEMENT OF UNCLAIMED DIVIDENDS

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 3 | Anesthesiology Assoc. of Manhattan, PC<br>PO Box 5370<br>New York, NY 10087-5370 | $ 4,530.00 | $ 4,530.00 |
| 4 | Mandee<br>554 Broadway<br>Bayonne, NJ 07002 | $ 1,387.33 | $ 1,387.33 |
| 3I | Anesthesiology Assoc. of Manhattan, PC<br>PO Box 5370<br>New York, NY 10087-5370 | $ 1,881.72 | $ 1,881.72 |
| 4I | Mandee<br>554 Broadway<br>Bayonne, NJ 07002 | $ 576.29 | $ 576.29 |

**TOTAL UNCLAIMED DIVIDENDS:**                                    $ 8,375.34

Dated: November 10, 2014

/s/ Alan Nisselson
Alan Nisselson, Trustee
Windels Marx Lane & Mittendorf, LLP
156 West 56th St.
New York, NY  10019
Telephone: (212) 237-1000

{11021580:1}